# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-0093

———————————————

EDDIE JAMES MURPHY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Columbia County.
Leandra G. Johnson, Judge.

June 20, 2018

PER CURIAM.

Due to Appellant's apparent abuse of the legal process by his repeated pro se filings attacking his judgment and sentence, the Court issued an order directing Appellant to show cause why he should not be prohibited from future pro se filings. *See State v. Spencer*, 751 So. 2d 47, 48 (Fla. 1999) (requiring that courts "first provide notice and an opportunity to respond before preventing [a] litigant from bringing further attacks on his or her conviction and sentence"). Appellant's response to the show cause order does not provide a legal basis to prohibit the imposition of sanctions.

Because Appellant's continued and repeated attacks on his judgment and sentence have become an abuse of the legal process, we hold that he is barred from future pro se filings in this Court concerning Columbia County Circuit Court case number 1997-715-

CF. The Clerk of the Court is directed not to accept any future filings concerning this case unless they are filed by a member in good standing with The Florida Bar. Appellant is warned that any filings that violate the terms of this opinion may result in a referral to the appropriate institution for disciplinary procedures as provided in section 944.279, Florida Statutes. *See* Fla. R. App. P. 9.410.

ROWE, RAY, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Eddie James Murphy, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Amanda D. Stokes, Assistant Attorney General, Tallahassee, for Appellee.